UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TABITHA MCKENZIE,
    Plaintiff,

vs.                            Case No.: 5:24cv98-TKW/MJF

KEVIN CREWS,
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 4) and Plaintiff's "Appeal Dismissal" (Doc. 7), "Objections" (Doc. 8), and "Appeal Dismissal Claims Ford/Crews" (Doc. 10). The Court reviewed the issues raised in Plaintiff's filings de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review,[1] the Court agrees with the magistrate judge's determination that this case should be dismissed as malicious and an abuse of the judicial process based on Plaintiff's failure to completely and honestly disclose her litigation history. *See Burrell v. Warden*, 857 F. App'x 624, 625 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form requiring disclosure of

---

[1] Plaintiff requested oral argument on the issues raised in her post-R&R filings, *see* Doc. 9, but the Court sees no need for it.

such history and signs the complaint under penalty of perjury, as such a complaint is an abuse of the judicial process.").

The Court did not overlook Plaintiff's argument that she is not a lawyer and has limited education, but that is not an excuse for her failure to completely disclose her litigation history because the litigation history questions on the civil rights complaint form are clear and unambiguous and do not require a legal education to answer. *See Merritt v. Dep't of Corr.*, 2020 WL 6703794, at *1 (N.D. Fla. Nov. 13, 2020) (rejecting a similar argument).

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. All pending motions are **DENIED as moot**.

2. This case is **DISMISSED without prejudice** as malicious and an abuse of process under 28 U.S.C. §1915A(b)(1).

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 14th day of June, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**